IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| CAMDEN BRODDLE, individually and on | ) | |
| Behalf of all others similarly situated, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. _____ |
| | ) | |
| ASSURANCE IQ, LLC | ) | |
|     Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Assurance IQ, LLC ("Defendant"), by and through its attorneys, Dentons US LLP, hereby removes to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, the civil action pending in the District Court of Douglas County, State of Kansas, under the caption *Camden Broddle v. Assurance IQ, LLC,* Case No. 2021-cv-000259 (the "State Court Action"). The following is a short and plain statement of the grounds for removal:

## FACTUAL AND PROCEDURAL BACKGROUND

1.    Plaintiff Camden Broddle commenced the State Court Action by filing his Class Action Petition (the "Petition") on July 13, 2021. (*See* Petition, attached hereto as part of **Group Exhibit A**.)

2.    The Petition purports to allege claims under the Telephone Consumer Protection Act of 1991, and the regulations promulgated thereunder ("TCPA").[1] (*See* Petition, attached hereto as part of **Group Exhibit A**.) Plaintiff claims that Defendant violated the TCPA by making improper telephone calls. (*Id.*) Plaintiff seeks, *inter alia*, statutory damages for the alleged violations, injunctive relief, and a certification of this case as a class action. (*Id.*)

---

[1] Defendant disputes the allegations in the Petition, including, but not limited to, disputing that there has been any wrongful conduct.

3.      This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is one which may be removed to the District of Kansas pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446.

4.      Defendant is the only defendant who has been properly joined and served.

5.      Pursuant to 28 U.S.C. § 1446(a), Defendant has attached hereto, as **Group Exhibit A**, all the state court process, pleadings, and orders served in this matter.

6.      As of the date of this Notice of Removal, Defendant has not answered or otherwise responded to the Petition, and Defendant is unaware of any substantive proceedings in the State Court Action.

7.      Under 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being transmitted to the Clerk of the District Court of Douglas County, Kansas for prompt filing, proof of which will be filed with this Court. Defendant will promptly serve Plaintiff with written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

## REMOVAL IS TIMELY

8.      On July 15, 2021, Defendant was served with the State Court Action. (*See* Service of Process Transmittal, attached hereto as part of **Group Exhibit A**.)

9.      This Notice of Removal is timely, in accordance with 28 U.S.C. § 1446(b), as it is filed within 30 days after Defendant was served with the Summonses and the Petition, which sets forth the claims upon which the Notice of Removal is based. *See Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

## VENUE

10.     Venue lies in the United States District Court for the District of Kansas, Kansas City Division, pursuant to 28 U.S.C. § 1446(a), because the action was filed in the District Court

of Douglas County, Kansas, which is located within this District and Division. (*See* Petition, attached hereto as part of **Group Exhibit A**.)

## JURISDICTION IS PROPER UNDER 28 U.S.C. § 1331

11.     District courts have original subject matter jurisdiction over all civil actions arising under the laws of the United States, 28 U.S.C. § 1331, including claims brought under the TCPA. *Mims v. Arrow Fin. Servs., Inc.*, 565 U.S. 368, 376 (2012) ("Congress did not deprive federal courts of federal-question jurisdiction over private TCPA suits."). As the Supreme Court held in *Mims*, "[b]ecause federal law creates the right of action and provides the rules of decision, [Plaintiff's] TCPA claim, in 28 U.S.C. § 1331's words, plainly 'aris[es] under' the 'laws . . . of the United States.'" *Id.* at 377.

WHEREFORE, Assurance IQ, LLC prays that the State Court Action described above, formerly pending in the District Court of Douglas County, Kansas, be removed to the United States District Court for the District of Kansas, Kansas City Division.

## DESIGNATION OF PLACE OF TRIAL

Defendant, by and through its attorneys, pursuant to D. Kan. Rule 40.2, requests Kansas City, Kansas as the location and place of trial.

Dated: August 4, 2021                    Respectfully submitted,

                                         By:      */s/ Stephen R. McAllister*
                                                  Stephen R. McAllister          KS#15845
                                                  Paul M. Flucke                 KS#78538
                                                  Betsey L. Lasister             KS#26404
                                                  DENTONS US LLP
                                                  4520 Main Street
                                                  Suite 1100
                                                  Kansas City, MO 64111-7700
                                                  Phone: (816) 460-2400
                                                  Fax: (816) 531-7545
                                                  stephen.mcallister@dentons.com
                                                  paul.flucke@dentons.com
                                                  betsey.lasister@dentons.com
                                                  *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that a copy of the foregoing was served this 4th day of August, 2021, via the Court's electronic filing system and via First Class U.S. Mail, postage prepaid, on the following:

Christopher E. Roberts
Butsch Roberts & Associates LLC
231 South Bemiston Avenue, Suite 260
Clayton, MO 63105

*Counsel for Plaintiff*

*/s/ Stephen R. McAllister*