**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | |
|---|---|
| CAMDEN BRODDLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:21-cv-02344-JAR-TJJ |
| v. | ) |
| | ) |
| ASSURANCE IQ, LLC, | ) |
| | ) |
| Defendant. | ) |

**DISMISSAL WITH PREJUDICE**

Plaintiff Camden Broddle, through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby dismisses his case against Defendant Assurance IQ, LLC, with prejudice each party to bear their own costs.

**BUTSCH ROBERTS & ASSOCIATES LLC**

By: /s/ Christopher E. Roberts
Christopher E. Roberts #24528
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
(314) 863-5700 (telephone)
(314) 863-5711 (fax)
Butsch@butschroberts.com
Roberts@butschroberts.com

Attorney for Camden Broddle

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 12, 2021, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Christopher E. Roberts